NUMBER 13-01-478-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG 


DENNIS COOK, Appellant,

v.

THE STATE OF TEXAS, Appellee.


On appeal from the 163rd District Court of Orange County, Texas

 


MEMORANDUM OPINION


Before Justices Hinojosa, Castillo, and Baird (1)

Opinion by Justice Baird


On September 29, 1995, the trial judge found sufficient evidence to substantiate appellant's guilt, but deferred such a
finding, and placed appellant on community supervision for five years. The State's first amended motion to impose guilt
was filed on February 2, 1998. A hearing on that motion was held on May 2, 2001. At that hearing, appellant argued the
motion to impose guilt should not be heard because the State failed to exercise due diligence in apprehending appellant. 
The trial court rejected appellant's argument, granted the motion to impose guilt, found appellant guilty, assessed
punishment at 835 days, and gave appellant credit for 835 days of confinement.

 In a single point of error, appellant challenges the trial judge's due diligence determination. However, article 42.12,
section 5(b) of the code of criminal procedure deprives this Court of jurisdiction to consider a challenge to a due diligence
determination arising from an adjudication of guilt hearing. Tex. Code Crim. Proc. Ann. art. 42.12, § 5(b)(Vernon Supp.
2003); Connolly v. State, 983 S.W.2d 738, 741 (Tex. Crim. App. 1999); Poledore v. State, 8 S.W.3d 22, 24 (Tex.
App.-Houston [14th Dist.], pet. ref'd).

 This appeal is dismissed for want of jurisdiction.

 

CHARLES F. BAIRD

Justice



Do not publish. 

Tex. R. App. P. 47.2(b).



Opinion delivered and filed this 

the 6th day of February, 2003.

1. Former Court of Criminal Appeals Judge Charles F. Baird assigned to this Court by the Chief Justice of the Supreme
Court of Texas pursuant to Tex. Gov't Code Ann. § 74.003 (Vernon 1998).